EXHIBIT A

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Alluring Passion | PA0001922451 | http://www.pornburst.xxx/videos/a-classy-fuck/ |
| At The Movies | PA0001922464 | http://www.pornburst.xxx/videos/bad-movies-make-great-art/ |
| Emotion | PA0001923126 | http://www.pornburst.xxx/videos/bedroom-passion/ |
| Emotion | PA0001923126 | http://www.pornburst.xxx/videos/the-best-wake-up-call-ever/ |
| La Dolce Vita | PA0001922495 | http://www.pornburst.xxx/videos/valentina-nappi-in-exquisite-lesbian-scene/ |
| Make Me Happy | PA0001922499 | http://www.pornburst.xxx/videos/blonde-and-brunette-enjoy-their-body/ |
| Spanish Lesson | PA0001922536 | http://www.pornburst.xxx/videos/bilingual-erotica/ |
| Tantra Imaginations | PA0001922543 | http://www.pornburst.xxx/videos/connie-carter-pleases-her-love/ |
| The Date | PA0001922537 | http://www.pornburst.xxx/videos/making-love-to-lily-love-in-hammock/ |
| Writer | PA0001916915 | http://www.pornburst.xxx/videos/shh-it-s-a-secret/ |
| Vintage Collection - Seduction | PA0001917318 | http://www.pornburst.xxx/videos/a-photo-shoot-turns-hot/ |